**FILED**

**UNITED STATES DISTRICT COURT**
**ALBUQUERQUE, NEW MEXICO**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEC **1 9** 2022

**MITCHELL R. ELFERS**
**CLERK**

| | | |
|---|---|---|
| The Mike R. Serna Irrevocable | ) | |
| Living Trust, Mike R. Serna, | ) | |
| The Settler, | ) | |
| Plaintiffs, | ) | Case no.   22cv964-GBW |
| | ) | |
| v. | ) | Wrongful Foreclosure, Property Tort, |
| | ) | |
| David Webster, and | ) | |
| Margette Webster, | ) | |
| Defendants. | ) | |

---

## WRONGFUL FORECLOSURE  AND REQUEST FOR INJUNCTION

Parties to the Complaint:

Plaintiffs:                                                    Defendants:

The Mike R. Serna Irrevocable Living Trust
An Entity formed in the United States
Irrevocable Trust formed on May 7, 2015

Margette Webster
A citizen of the United States
County of Bernalillo, State of
New Mexico
8719 Tierra Alegre, N.E.
Albuquerque, NM 87122

David Webster
A citizen of the United States,
and the State of New Mexico
8719 Tierra Allegre, N.E.
Albuquerque,  NM 87122
County of Bernalillo

P.O.Box 65384
Albuquerque, NM 87193
(505)321-1661
County of Bernalillo

UNITED STATES FEDERAL DISTRICT COURT

DISTRICT OF NEW MEXICO

BASIS FOR JUEISDICTION:

28 U.S.C. 1331
Federal Question arising under the United States Constitution.

Amendment 14, Section 1

All citizens born or naturalized in the United States, and subject to the jurisdiction

Thereof, are citizens of the United States and of the State wherein they reside. Nor

State shall make or enforce any law which shall abridge the privileges or immunities

Of citizens of the United States; nor shall any State deprive any person of life, liberty,

Or property, without due process of law; nor deny to any person within its jurisdiction

The equal protection of the laws.

The Property of the "Mike R. Serna Irrevocable Living Trust" was wrongly taken, in a

Foreclosure against Emma, the Trustee, and Mike Serna, the Settler, without a lawsuit

or judgment against it, and was deprived of its property and due process of law. The

said Defendant and the State are responsible for these wrongful actions.

Fourth Amendment of the U.S. Constitution:

The right of the people to be secure in their persons, houses, papers, and effects, against

Unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but

Upon probable cause, supported by oath or affirmation, and particularly describing the

Place to be searched, and the persons or things to be seized.

To be secure from unreasonable searches and seizures of property by the government.

## STATEMENT OF CLAIM

On or approximately April, 2019, The Settler of the "Mike R. Serna Irrevocable Living

Trust, and the Trustee, were sued for foreclosure on their Property, in which the

"Irrevocable Trust" was not a Party to or had a judgment or a lawsuit against the Entity.

Irrevocable Trust did not know, harm, or damage the Defendants in any way or form.

The Defendants were aware of the fact that all of the Serna's Property was deeded to

The Irrevocable Trust, and their lawsuit against Serna's was a wrongful lawsuit, and

A reasonable opportunity for dismissal of Case.  There was no justified reason to

foreclose on Property or attachment when there was no note, mortgage, and there was

no motion to weigh potential evidence that the Parties might present at trial.  The

"Mike R. Serna Irrevocable Living Trust" was harmed and injured in this unlawful

false complaint.  The Defendants had no other claim except that the Settler was sued

because he had an interest in the Property.  The Property was fraudulently transferred

to the Defendant's at the hands of a Special Master who was aware and knowledgeable

of the laws that a Property that was not named in a lawsuit can NOT be held for the

damages that the Defendants claim they received, and the Plaintiff has proof that neither

the Settler or the Trustee were on the Defendant's property, back in 2007.

New Mexico Statute Article 10 fraudulent transfer Section 56-10-19:  The transfer was

not equivalent transfer as the state laws provides, and the adverse Party already had in

their possession more than $59,000.00, of the "Irrevocable Trust Property", not taking

into consideration the interest that has accrued, and this were all funds forced at the

Trustee's refusal but  forced to pay with a gun and clubs and without a judgment of any

kind.  These events show an actual intent to defraud under federal and state actual fraudulent conveyance laws.

A Trustee who brings an action to recover the transfer may recover in its entirety the Property when the property was transferred fraudulently.  The Special Master did not have the permission to transfer such property and did not have an affidavit from the Settler, the Trustee, and the Beneficiaries, to perform such an unlawful transfer of property, and he indulged himself in the wrongful deprivation of the Property from its true owner.  The Irrevocable Trust Laws call for approval of all Beneficiaries to conduct such a transfer.  The Special Master, on May, 2022, failed to properly execute a Special Warranty Deed, and the Defendant's wrongly abused and mistreated the Settler and the Trustee, for his mistakes.  A misuse of power to deprive the Settler from his good intentions when he finishes his time on earth according to God's Plan

APPLICATION FOR

EMERGENCY INJUNJUCTION FOR ABUSE AND EMOTIONAL DAMAGES

FROM DEFENDANTS

1.  Every weekend the Irrevocable Trust would receive mail to abuse and harass the Settler and Trustee.  The mail was directed to Margette Webster as the owner and resident of the "Wrongful Foreclosure Property".  Margette Webster called several companies to tell them she was the "new owner" of the property, and to send her promotions that the company was holding for new owners.  Erroneous, and misrepresentation of the facts, to several businesses.  See attachments.

2. On September 26, Margette and David Webster came out to the Property of the "Mike R. Serna Irrevocable Living Trust" to "Evict Emma and Mike Serna without a signed writ, and two deputies, with guns and clubs. The two Defendants wanted Emma and Mike Serna removed, and left out in the streets. The "Irrevocable Trust" does "NOT" permit such actions, and Emma and Mike Serna are permanent residents of the "Irrevocable Trust", at the request of the "Irrevocable Trust" which provides for the Settler and the Trustee. The Defendants changed the locks of the doors, and abused The Property, that they had no right to enter. The Defendants broke a tile with their dirty shoes, and marked the walls with their filthy hands. The Settler and the Trustee went back to the Property and installed new locks, and moved back in because this were acts of violence and illegal wrongful foreclosure. This "Wrongful Foreclosure" on the wrong Property, and the Court lacked jurisdiction over the "Entity" because it was not sued or had a judgment against it, and the Court lacked inherent power over the "Entity", and the Court delivered a order procured by fraud, can be attacked at anytime.

3. The necessity of an injunction against the Defendants, David and Margette Webster. On September 28, 2022 these two individuals came out to the residence of the "Irrevocable Trust", and parked out on a side street for the Serna's who were running their weekly errands, and several of the neighbors called Ms. Serna that a truck was parked on their street, and they were waiting for the Serna's. Ms. Serna called APD, and reported the Defendant's were after violent acts, and that they had others with Them with guns and clubs to force the Serna's out of the residence. APD told the the Defendant's to go home because the writ was not signed, and it did not specify when or why the Settler or the Trustee should move out of the "Mike R. Serna

Irrevocable Living Trust Property".  The other (9) individuals stayed for a while after the police department left to try to intimidate and or hurt the Settler and or the Trustee.  The Defendants' were on the "Irrevocable Trust Property" with malice, and a desire to harm, and with ill will, hatred, and to cause as much loss and damage as they could.  The "Wrongful Foreclosure is attended by none of the consequences of a valid Foreclosure, therefore, the Settler and the Trustee were given the right, by the Settler's Irrevocable Trust to live in the premises, and the Defendants' had no say so in the matter.

4.  The Defendants' will continue their wrongful acts done intentionally, and without just cause or a valid excuse.  They called the crises intervention department, and they came out to the Irrevocable Trust Property, without knowledge of the law or comprehension of the wrongful foreclosure.

5.  The Defendant's attempt to foreclose and remove the rightful residents' of the Property without a legal or equitable interest, and was without foundation in law or fact.

6.  The Defendant's have caused severe trouble, and the "Mike R. Serna Irrevocable Living Trust" was created on May 7, 2015, and the Settler deeded his Property to the "Irrevocable Trust", and this was all done before any unlawful foreclosure was issued. The Defendant's were aware of the "Irrevocable Trust",  and they filed their lawsuit against Emma Serna, the Trustee of the Mike R. Serna Irrevocable Living Trust, and Mike Serna, individually, and not the Entity.

7.  Resulting damages:  Two elderly citizens of the United States being deprived of their hard earned assets that were rightfully deeded to the "Irrevocable Living Trust", and

once the transactions were consummated the Irrevocable Trust was established, and

filed with the proper tax number with the Internal Revenue Department. An Irrevocable

Trust is enforced to protect the assets, of the Settler, and any changes to the Irrevocable

Trust have to be with the consent of the Settler and all the Beneficiaries only. The Courts

can only intervene when a Beneficiary does not receive his portion of the designated

amount. All assets are protected as they do not belong to the Settler or the Trustee to

give away. So the Special Master did not have the authority or the power to sign a

Special Warranty Deed to the Defendants, and a trustee who brings an action for the

"Entity", the "Irrevocable Trust", to recover a fraudulent transfer may recover it its'

entirety. 2006 WL. 5112612, Collier on Bankruptcy 54810 (16thed. 2017. For the

benefit of the Estate.

## CONCLUSION

The Plaintiff, the Entity, request this Court to take into account that Court ruling, and the

Special Master's actions violated the Constitution of the United States. Violation of

Amendment 14 and

Irrevocable Living Trust Property".  The other (9) individuals stayed for a while after the police department left to try to intimidate and or hurt the Settler and or the Trustee.  The Defendants' were on the "Irrevocable Trust Property" with malice, and a desire to harm, and with ill will, hatred, and to cause as much loss and damage as they could.  The "Wrongful Foreclosure is attended by none of the consequences of a valid Foreclosure, therefore, the Settler and the Trustee were given the right, by the Settler's Irrevocable Trust to live in the premises, and the Defendants' had no say so in the matter.

4.  The Defendants' will continue their wrongful acts done intentionally, and without just cause or a valid excuse.  They called the crises intervention department, and they came out to the Irrevocable Trust Property, without knowledge of the law or comprehension of the wrongful foreclosure.

5.  The Defendant's attempt to foreclose and remove the rightful residents' of the Property without a legal or equitable interest, and was without foundation in law or fact.

6.  The Defendant's have caused severe trouble, and the "Mike R. Serna Irrevocable Living Trust" was created on May 7, 2015, and the Settler deeded his Property to the "Irrevocable Trust", and this was all done before any unlawful foreclosure was issued. The Defendant's were aware of the "Irrevocable Trust",  and they filed their lawsuit against Emma Serna, the Trustee of the Mike R. Serna Irrevocable Living Trust, and Mike Serna, individually, and not the Entity.

7.  Resulting damages:  Two elderly citizens of the United States being deprived of their hard earned assets that were rightfully deeded to the "Irrevocable Living Trust", and

once the transactions were consummated the Irrevocable Trust was established, and

filed with the proper tax number with the Internal Revenue Department.  An Irrevocable

Trust is enforced to protect the assets, of the Settler, and any changes to the Irrevocable

Trust have to be with the consent of the Settler and all the Beneficiaries only.  The Courts

can only intervene when a Beneficiary does not receive his portion of the designated

amount.  All assets are protected as they do not belong to the Settler or the Trustee to

give away.  So the Special Master did not have the authority or the power to sign a

Special Warranty Deed to the Defendants, and a trustee who brings an action for the

"Entity", the "Irrevocable Trust", to recover a fraudulent transfer may recover it its'

entirety.  2006 WL. 5112612, Collier on Bankruptcy 54810 (16thed. 2017.  For the

benefit of the Estate.

## CONCLUSION

The Plaintiff, the Entity, request this Court to take into account that Court ruling, and the

Special Master's actions violated the Constitution of the United States.  Violation of

Amendment 14 and Amendment 4.

There has never been a break in the chain of ownership, and now the Master has caused

A element of fraud that has caused this action.  There was and is knowledge of the falsity.

Intent to defraud, and the Master and the Courts knew that the Property legally belonged

To the "Irrevocable Trust", and that the adverse Party already had approximately

$59,000.00 of the Settler's money so the intent was there to defraud.  Lazar v. Superior

Court (1996) 12 Cal. 4th 631, 638.)

CERTIFICATION AND CLOSING:

Under Federal Rule of Civil Procedure  11, by signing below, I certify to the best

Of my knowledge that this complaint:  (1)  is not going presented for an improper

Purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost

of litigation;  (2)  is supported by existing law or by a nonfrivolous argument for

extending, modifying, or reversing existing law;  (3)  the factual contentions have

evidentiary support or, if specifically so identified, will likely have evidentiary

support after a reasonable opportunity for further investigation or discovery;  and (4)

the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related

Papers may be served.  I understand that my failure to keep a current address on file with

The Clerk's Office may result in the dismissal of my case.

                              Respectfully submitted,


The Mike R. Serna Irrevocable Living Trust
P.O. Box 65384
Albuquerque, NM 87193
(505)321-1661

## PRAYER OF RELIEF

1.  Wherefore Plaintiff respectfully requests that a day be appointed for a hearing on this matter.  The law has been violated and relief is needed.

2.  That an injunction is issued against the two Defendants or any of the following, Defendant's officers, agents, servants, employees, family, and assigns, constables, Sheriffs, justices of the Peace, attorneys, APD, and detectives of the APD force, from directly or indirectly taking, leasing, encumbering, selling, taking possession of, altering or destroying the subject property, and otherwise disturbing or attempting to disturb the Settler and the Trustee who reside in the property to have and hold a peaceable Possession and enjoyment of the subject property during the pendency of this cause, and thereafter.

3.  The Plaintiff has met the burden by establishing each element that must be present for an injunction, and a life is worth saving.

4. The harm has been done, and the Entity has the trustee requesting damages in an Amount not to exceed the jurisdictional limits of this Court.

5.  Additional treble damages for all intentional and knowing violations.

6.  Punitive Damages.

7.  Economic Damages.

8.  Costs of the Court, and

9.  All other relief to which Plaintiffs' are entitled;

10.  Plaintiff pray for general relief.

11.  $900,000.00, the value of the Property, two nights at a hotel, food, emotional And physical distress.  Unnecessary abuse and harassment.

CERTIFICATE OF SERVICE:

I hereby certify that a copy was served to the following Party

On this December _____, 2022.

At the following address:

EXHIBITS:

1. A thru C  ads to abuse and harass the Settler and provoke malicious actions.

2. Quitclaim Deed from the Settler to the "Irrevocable Trust".  (D)

3. E.  Proof of the "Irrevocable Trust" and dates

    4.  F.  Certificate of Redemption period ending in February, 2023



Pioneer Ace Hardware
4100 Sabana Grande Ave SE
Rio Rancho, NM 87124

PRSRT STD
U.S. POSTAGE
**PAID**
HEBRON OH
PERMIT NO. 133

\*\*\*\*\*\*\*AUTO\*\*SCH 5-DIGIT 87114
000158990-L8   458/1/26
**Margette Webster**
**10812 Olympic St NW**
**Albuquerque, NM 87114-5429**

**Around the block. What you need in stock.**
**With people who know their stuff.**

---

Record ID: CH03370294                          TOLL-FREE: 1-800-301-5412

---

Record ID: CH03370294                                    Expire Date: 7/30/2022

## Registration Fee Voucher

$199.00

Signature required for redemption

To The
Order Of   **Margette Webster**
           10812 Olympic St NW
           Albuquerque NM 87114-5429

Signature: _____

*Not all consumers have previous coverage. We are not affiliated with your current mortgage holder.*
THIS IS NOT A CHECK



# CONGRATS ON YOUR NEW HOME

How doers
get more done

The Home Depot
P.O. Box 105075
Marietta, GA 30348-5075

PRESORTED
STANDARD
U.S. Postage
**PAID**
Palatine P&DC
Permit No. 572

F9R3-3CE5C87                                      38
Margette Webster
10812 Olympic St NW
Albuquerque, NM 87114-5429

Exclusive:
## COUPON INSIDE
How doers
get more done.



Welcome HOME

## Ready to save?

19804 wx25-342 *43 C1 77443          77443
Margette Webster
10812 Olympic St NW
Albuquerque, NM 87114-5429

## ✿ wayfair

## Exclusive Offers for

VISIT US TODAY

# 5.9 miles away.

Ashley
7912 Pan American Freeway NE
Albuquerque, NM
505-798-8400











## ASHLEY  7912 Pan American Freeway NE  Albuquerque, NM 87109

0165991 *********AUTO**5-DIGIT 87114
MARGETTE WEBSTER OR CURRENT HOME ENTHUSIAST
10812 OLYMPIC ST NW
ALBUQUERQUE, NM 87114-5429



Pioneer Ace Hardware
4100 Sabana Grande Ave SE
Rio Rancho, NM 87124

PRSRT STD
U.S. POSTAGE
**PAID**
HEBRON OH
PERMIT NO. 133

*******AUTO**SCH 5-DIGIT 87114
000158990-L8   458/726
**Margette Webster**
**10812 Olympic St NW**
**Albuquerque, NM 87114-5429**



**Around the block. What you need in stock.**
**With people who know their stuff.**

**ACE**
The helpful place.®

Ace has everything you need for your new home.

$**5** BONUS when you download the Ace App and link your Ace Rewards account

Never Leave Your Offers at Home!
Get your rewards faster too!
Scan here to download.

I, LINDA STOVER,
Bernalillo County, New Mexico, hereby certify that
the foregoing is true, correct and full copy of the
instrument herewith set out as appears of record
in my office.

Dated this _____ day of _January, 2022_

**LINDA STOVER**
Bernalillo County Clerk

By _____
        **Deputy Clerk**

**Doc# 2021137375**
11/22/232° 04 08 PM Page 1 of 4
QCD R $25 CO Linda Stover, Bernalillo County

# Quitclaim Deed

**RECORDING REQUESTED BY** _Emma Serna, Trustee_

**AND WHEN RECORDED MAIL TO:**

_Emma Serna_ , Grantee(s)
_10812 Olympic St. N.W._
_Albuq., N.M. 87114_
Consideration: $ _____
Property Transfer Tax: $ _2,604.12_
Assessor's <u>Parcel No</u>.: _101 2066 522 362_ 10811
PREPARED BY: _Emma Serna, Trustee_ certifies herein that he or she has prepared
this Deed.

_Emma R. Serna, Trustee_               _11-19-2021_
Signature of Preparer                         Date of Preparation

_Emma R. Serna, Trustee_
Printed Name of Preparer

**THIS QUITCLAIM DEED,** executed on ____ _11-19-2021_ in the County of
_Bernalillo_ , State of _New Mexico_
by <u>Grantor(s)</u>: _Mike R. Serna_ ,
whose ~~post office~~ address is _10812 Olympic St., N.W., Albuq, N.M._
to Grantee(s): _The Mike R. Serna Irrevocable Living Trust 87114_
whose ~~post office~~ address is _10812 Olympic St. N.W.,_
                                        _Albuquerque, N.M. 87114_
**WITNESSETH,** that the said Grantor(s), _Mike R. Serna_ ,
for good consideration and for the sum of _____
($ _____ ) paid by the said Grantee(s), the receipt whereof is hereby acknowledged,
does hereby remise, release and quitclaim unto the said Grantee(s) forever, all the right, title,

©SmartLegalForms                                         LF298 Quitclaim Deed 12-20, Pg. 1 of 4

IN WITNESS WHEREOF, THE PARTIES HERETO HAVE SIGNED THEIR NAMES ON

THIS 17TH DAY OF _May_   2016 IN _Albuquerque_ ,

NEW MEXICO, DECLARING AND PUBLISHING THIS INSTRUMENT AS THE

GRANTOR'S IRREVOCABLE LIVING TRUST.

_Mike R Serna_

**GRANTOR**

**ACKNOWLEDGEMENT OF NOTARY PUBLIC**

STATE OF NEW MEXICO

COUNTY OF _Bernalillo_

ON THIS 17TH DAY OF             2016, BEFORE ME, _Sofia King_ ,

A NOTARY PUBLIC IN AND FOR THE STATE OF NEW MEXICO, PERSONALLY

APPEARED _Mike R Serna_ , KNOWN TO ME, OR PROVEN ON THE

BASIS OF SATISFACTORY EVIDENCE, TO BE THE PERSON WHOSE NAME IS

SUBSCRIBED TO THE WITHIN INSTRUMENT, AND ACKNOWLEDGED TO ME

THAT HE EXECUTED THE SAME.

NOTARY PUBLIC, THE STATE OF NEW MEXICO

COUNTY OF _Bernalillo_

NAME: _Sofia King_

MY COMMISSION EXPIRES: _2-25-18_