IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THE MIKE R. SERNA IRREVOCABLE
LIVING TRUST,

    Plaintiff,

v.                                               No. 1:22-cv-00964-MIS-GBW

DAVID WEBSTER and
MARGETTE WEBSTER,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE